# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 20-232 (5) (JRT/DTS) |
| DAVID JOHN MOULDER, Defendant. | Date: December 27, 2022 |
| | Court Reporter: Kristine Mousseau |
| | Courthouse: Minneapolis |
| | Courtroom: 14E |
| | Time Commenced: 11:10 a.m. |
| | Time Concluded: 11:45 a.m. |
| | Time in Court: 35 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:   Joseph Thompson, Harry Jacobs
   For Defendant:   Paul Engh, Robert Sicoli ☐ FPD   ☐ CJA 21 **X** Retained   ☐ Appointed

PROCEEDINGS:
   **X Change of Plea Hearing.**

   **X PLEA:**
      X Guilty as to Count(s): 1 of the indictment

   X   Presentence Investigation and Report requested.
   X   Bond continued.
   X   Sentencing to be scheduled.

                                                           s/Heather Arent
                                                        Heather Arent, Courtroom Deputy
                                                        For Judge John R. Tunheim